

# THE THIRTEENTH COURT OF APPEALS

## 13-23-00521-CV

The City of Cibolo, Mark D. Allen, and City Council members Terrence G. Benson, Randall R. Roberts, Robert P. Mahoney, Katie K. Cunningham, Norma Sanchez-Stephens, Richard G. Hetzel, and Joel W. Hicks

v.

Superior Ready Mix of Texas, LLC

On Appeal from the
25th District Court of Guadalupe County, Texas
Trial Court Cause No. 23-2300-CVC

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against appellants.

We further order this decision certified below for observance.

February 15, 2024